AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__          District of          __ALABAMA__

UNITED STATES OF AMERICA

V.

**ANDRE SAQUAN LASSIC**
5332 Ira Lane
Montgomery, AL 36108

**WARRANT FOR ARREST**

Case Number: 2:07cr75-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __ANDRE SAQUAN LASSIC__
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | Violation Notice |

charging him or her with (brief description of offense)

Receive checks from FEMA but did not suffer loss (1 cts)

in violation of Title __18__ United States Code, Section(s) __641 and 2__

__DEBRA P. HACKETT__          BY: _(signature)_
Name of Issuing Officer           Signature of Issuing Officer

__CLERK__                         4/5/07-Montgomery, AL
Title of Issuing Officer - CLERK   Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |