# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 2:07cr-75-MEF** |
| | ) | |
| **ANDRE SAQUAN LASSIC** | ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney (doc. #14) filed by the defendant, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED**.

It is further **ORDERED** that CJA Panel Attorney William B. Matthews be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 14th day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　　　
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE