IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
vs.                          )   CASE NO. 2:07 CR-75-MEF
                             )
ANDRE SAQUAN LASSIC.          )

### ENTRY OF APPEARANCE

    **COMES NOW** William B. Matthews, Jr. who hereby enters his appearance as counsel for the Defendant in the above styled case, Andre Saquan Lassic.

    **DONE** this the 15th day of May, 2007.

*/s/ William B. Matthews*
William B. Matthews, Jr.(MAT016)
Attorney For Defendant
P. O. Box 1145
Ozark, AL   36361
(334) 774-8804

### CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have served a copy of the foregoing instrument on the Hon. Christopher A. Snyder, U.S. Attorney's Office, by placing a copy of same in the U. S. Mail, postage prepaid and addressed to him at One Court Square, Suite 201, Montgomery, AL, 36104, this the 15th day of May, 2007.

*/s/ William B. Matthews, Jr.*
William B. Matthews, Jr.
Attorney For Defendant