IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NO. 2:07 CR-75-MEF |
| | ) |
| ANDREW SAQUAN LASSIC. | ) |

### NOTICE TO CHANGE PLEA

     **COMES NOW** the defendant, Andrew Saquan Lassic, by and through his undersigned attorney, William B. Matthews, Jr. who hereby gives notice of his change of plea from not-guilty to guilty pursuant to Rule 11 of the Federal Rules Of Criminal Procedure.
     DONE this 26th day of June, 2007.

 

                                                                                _____
                                                                             **William B. Matthews, Jr.(MAT016)**
                                                                             **Attorney For Defendant**
                                                                             **P. O. Box 1145**
                                                                             **Ozark, AL   36361**
                                                                             **(334) 774-8804**

### CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that I have served a copy of the foregoing instrument on the Hon. Christopher A. Snyder, U.S. Attorney's Office, by placing a copy of same in the U. S. Mail, postage prepaid and addressed to him at One Court Square, Suite 201, Montgomery, AL, 36104, this the 26th day of June, 2007.

 

                                                                                _____
                                                                             **William B. Matthews, Jr.**
                                                                             **Attorney For Defendant**

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:07 CR-75-MEF** |
| | ) | |
| **ANDREW SAQUAN LASSIC.** | ) | |

**NOTICE TO CHANGE PLEA**

    **COMES NOW** the defendant, Andrew Saquan Lassic, by and through his undersigned attorney, William B. Matthews, Jr. who hereby gives notice of his change of plea from not-guilty to guilty pursuant to Rule 11 of the Federal Rules Of Criminal Procedure.

    DONE this 26th day of June, 2007.

_____
**William B. Matthews, Jr.(MAT016)
Attorney For Defendant
P. O. Box 1145
Ozark, AL    36361
(334) 774-8804**

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that I have served a copy of the foregoing instrument on the Hon. Christopher A. Snyder, U.S. Attorney's Office, by placing a copy of same in the U. S. Mail, postage prepaid and addressed to him at One Court Square, Suite 201, Montgomery, AL, 36104, this the 26th day of June, 2007.

_____
**William B. Matthews, Jr.
Attorney For Defendant**
