**FILED**
**JUL - 2 2007**
**CLERK**
**U. S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) CR. NO. 2:07CR-75-MEF |
| | ) |
| ANDRE SAQUAN LASSIC | ) |

### CONSENT

I, **Andre Saquan Lassic**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 2nd day of July, 2007.

X _____
Defendant

_____
Attorney