# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andre Saquan Lassic                    Case Number: 2:07CR75-MEF-02

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: October 30, 2007

Original Offense: Theft/Embezzlement of Government Property and Aiding and Abetting
  [18 U.S.C.641 and 2]

Original Sentence: 3 years probation

Type of Supervision: Probation                    Date Supervision Commenced: October 30, 2007

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[x]   To modify the conditions of supervision as follows:

**The offender shall serve four (4) consecutive weekends in a jail-type facility under contract to the Federal Bureau of Prisons(BOP). The offender shall surrender Friday of each weekend not later than 6:01 p.m. and be released not later than 6:01 p.m. the following Sunday. The exact date to begin this modification of probation will be as directed by the USPO.**

## CAUSE

On January 30, 2008, Montgomery, AL Police Officer R.I. Sirmon conducted a traffic stop on a blue Ford Crown Victoria bearing tag number 3B3826N. The tag was registered to a beige Mercury Grand Marquis. Officer Sirmon made contact with the driver, and the driver identified himself as Jerome Lassic with a date of birth of July 11, 1983. The driver advised Officer Sirmon that he did not have identification. The passenger advised Officer Sirmon that the driver's name was Dre. Upon further questioning, the driver identified himself as James Lassic. The passenger again advised Officer Sirmon that the driver's name was Dre. The driver finally identified himself as Andre Lassic with a date of birth of November 4, 1985. Andre Lassic was arrested for Providing False Name to Law Enforcement Officer.

It was later determined that Andre Lassic had an active warrant for probation violation with the Alabama Board of Pardons and Paroles. Andre Lassic is currently being supervised on probation with the Alabama Board of Pardons and Paroles. On January 15, 2008, State Probation Officer LaShay Luster prepared a violation report on Andre Lassic for Failure to Report to the Probation Officer as Directed, Failure to Pay Supervision Fees, and Failure to Pay Court Ordered Monies. Andre Lassic has a history of noncompliance while under supervision.

PROB 12B
(7/93)

2

On February 7, 2008, Andre Lassic was released from the Montgomery County, AL Jail, and he was reinstated on state probation.

On February 8, 2008, Andre Lassic reported to the United States Probation Office. Upon questioning, the offender stated that he gave a false name to the police, because he knew he had a warrant with state probation. In addition to the arrest for Providing False Name to Law Enforcement Officer, Andre Lassic owes $2,000 in restitution. Andre Lassic has made no payments toward his restitution since being placed on probation on October 30, 2007.

Respectfully submitted,

by   /s/ John C. Meredith
U.S. Probation Officer
Date: February 15, 2008


Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer


THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other


Signature of Judicial Officer


Date

PROB 49

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

**WAIVER OF HEARING TO MODIFY CONDITIONS OF
PROBATION/SUPERVISED RELEASE OR EXTEND TERM OF SUPERVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 2:07CR75-MEF-02 |
| | ) | |
| ANDRE SAQUAN LASSIC | ) | |

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

    **The offender shall serve four (4) consecutive weekends in a jail-type facility under contract to the Federal Bureau of Prisons(BOP). The offender shall surrender Friday of each weekend not later than 6:01 p.m. and be released not later than 6:01p.m. the following Sunday. The exact date to begin this modification of probation will be as directed by the USPO.**

*[Signature]*
Andre Saquan Lassic
Probationer

Witness:
*[Signature]*
John C. Meredith
United States Probation Officer

02/15/2008
Date