PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andre Saquan Lassic                                 Case Number: 2:07CR75-MEF-02

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: October 30, 2007

Original Offense: Theft/Embezzlement of Government Property and Aiding and Abetting
[18 U.S.C.641 and 2]

Original Sentence: 3 years probation

Type of Supervision: Probation                            Date Supervision Commenced: October 30, 2007

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[x]   To modify the conditions of supervision as follows:

**The offender shall serve four (4) consecutive weekends in a jail-type facility under contract to the Federal Bureau of Prisons(BOP). The offender shall surrender Friday of each weekend not later than 6:01 p.m. and be released not later than 6:01 p.m. the following Sunday. The exact date to begin this modification of probation will be as directed by the USPO.**

### CAUSE

On January 30, 2008, Montgomery, AL Police Officer R.I. Sirmon conducted a traffic stop on a blue Ford Crown Victoria bearing tag number 3B3826N. The tag was registered to a beige Mercury Grand Marquis. Officer Sirmon made contact with the driver, and the driver identified himself as Jerome Lassic with a date of birth of July 11, 1983. The driver advised Officer Sirmon that he did not have identification. The passenger advised Officer Sirmon that the driver's name was Dre. Upon further questioning, the driver identified himself as James Lassic. The passenger again advised Officer Sirmon that the driver's name was Dre. The driver finally identified himself as Andre Lassic with a date of birth of November 4, 1985. Andre Lassic was arrested for Providing False Name to Law Enforcement Officer.

It was later determined that Andre Lassic had an active warrant for probation violation with the Alabama Board of Pardons and Paroles. Andre Lassic is currently being supervised on probation with the Alabama Board of Pardons and Paroles. On January 15, 2008, State Probation Officer LaShay Luster prepared a violation report on Andre Lassic for Failure to Report to the Probation Officer as Directed, Failure to Pay Supervision Fees, and Failure to Pay Court Ordered Monies. Andre Lassic has a history of noncompliance while under supervision.

PROB 12B
(7/93)

2

On February 7, 2008, Andre Lassic was released from the Montgomery County, AL Jail, and he was reinstated on state probation.

On February 8, 2008, Andre Lassic reported to the United States Probation Office. Upon questioning, the offender stated that he gave a false name to the police, because he knew he had a warrant with state probation. In addition to the arrest for Providing False Name to Law Enforcement Officer, Andre Lassic owes $2,000 in restitution. Andre Lassic has made no payments toward his restitution since being placed on probation on October 30, 2007.

Respectfully submitted,

by    /s/ John C. Meredith
U.S. Probation Officer
Date: February 15, 2008

Reviewed and approved:    /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

15 February 2008
Date